HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH TYLER LITTLEFIELD

    Plaintiff,

    v.

GERMEAU; AMBER BATES,

    Defendants.

No. 3:21-cv-05451-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable David W. Christel, United States Magistrate Judge, Plaintiff's objections thereto (Dkt. # 27), and the remaining record, hereby finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (Dkt. 13) is granted, and Plaintiff's claims are dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

DATED this 5th day of August, 2022.

*[signature]*

HON. RICHARD A. JONES
United States District Judge

ORDER – 1